# Lee Litigation Group, PLLC

30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:    212-465-1124
                    taimur@leelitigation.com

July 27, 2018

**Via ECF**
The Honorable Gary R. Brown, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:   *Buchanan, et al. v. Pay-O-Matic Check Cashing Corp., et al.*
            Case No. 18 CV 885 (JFB) (GRB)

Dear Judge Brown:

    We are counsel to Plaintiffs. This letter is respectfully submitted, jointly with Defendants' counsel, to update the Court regarding the parties' efforts to resolve the disputed discovery issues raised by Plaintiffs at Dkt. No. 28. Although the parties have conferred extensively regarding the disputed issues, no resolution has been reached. The parties request Your Honor's leave to file additional briefing on or before August 3, 2018 regarding the outstanding discovery issues.

    The parties thank the Court for considering this matter.

Respectfully submitted,

*/s/ Taimur Alamgir*
Taimur Alamgir, Esq.

cc:    Defendants via ECF