**From:** Benjamin Weisenberg  benjamin@ottingerlaw.com
**Subject:** Re: Buchanan
**Date:** June 26, 2019 at 5:48 PM
**To:** Schindel, Miriam R. (White Plains)  Miriam.Schindel@jacksonlewis.com
**Cc:** Taimur (Tim) Alamgir  taimur@leelitigation.com,  Kozak, Jonathan M. (White Plains)  Jonathan.Kozak@jacksonlewis.com,  CK Lee  cklee@leelitigation.com,  Burker, Isaac J. (White Plains)  Isaac.Burker@jacksonlewis.com,  Saima Ali  saima@ottingerlaw.com,  Robert Ottinger  robert@ottingerlaw.com

All:

Checking in on this again.  Thank you.

> On Jun 25, 2019, at 8:03 PM, Robert Ottinger <robert@ottingerlaw.com> wrote:
>
> Thanks, Miram.
>
> I am adding Saima Ali to this email, she is an associate at our firm.
>
> *Robert Ottinger*
>
> Employment Lawyer
> The Ottinger Firm, P.C.
> New York & San Francisco
> (917) 566-2037
> www.ottingerlaw.com
>
>
>
> On Tue, Jun 25, 2019 at 5:01 PM Schindel, Miriam R. (White Plains) <Miriam.Schindel@jacksonlewis.com> wrote:
>> Just returning from being out all day.  Will connect with Jon tomorrow to schedule a time to speak.
>>
>> Regards.
>>
>>
>> On: 25 June 2019 10:01,
>>
>> **Miriam R. Schindel**
>> **Jackson Lewis P.C.**
>> 44 South Broadway 14th Floor
>> White Plains, NY 10601
>> Direct: (914) 872-6884 | Main: (914) 872-8060
>> Miriam.Schindel@jacksonlewis.com | www.jacksonlewis.com
>> *Winner, ILTA's Innovative Law Firm of the Year*
>>
>>
>> "Benjamin Weisenberg" <benjamin@ottingerlaw.com> wrote:
>>
>> I hope this finds everyone well.  Is there a time convenient to everyone's calendar to discuss the Notices in advance of our Friday deadline?  Thank you.
>>
>>> On Jun 21, 2019, at 10:20 AM, Taimur Alamgir <taimur@leelitigation.com> wrote:
>>>
>>> Please feel free to submit. Thanks.
>>>
>>> Get Outlook for iOS
>>> _____
>>> **From:** Kozak, Jonathan M. (White Plains) <Jonathan.Kozak@jacksonlewis.com>
>>> **Sent:** Friday, June 21, 2019 9:54:02 AM
>>> **To:** Benjamin Weisenberg
>>> **Cc:** Robert Ottinger; Schindel, Miriam R. (White Plains); Taimur Alamgir; CK Lee; Burker, Isaac J. (White Plains)
>>> **Subject:** RE: Buchanan
>>>
>>> This is fine.  Thank you.
>>>
>>>
>>> **Jonathan M. Kozak**
>>> Attorney at Law
>>> **Jackson Lewis P.C.**
>>> 44 South Broadway
>>> 14th Floor
>>> White Plains, NY 10601
>>> Direct: (914) 872-6885 | Main: (914) 872-8060
>>> Jonathan.Kozak@jacksonlewis.com | www.jacksonlewis.com
>>> *Winner, ILTA's Innovative Law Firm of the Year*
>>>
>>> **From:** Benjamin Weisenberg <benjamin@ottingerlaw.com>
>>> **Sent:** Thursday, June 20, 2019 8:01 PM
>>> **To:** Kozak, Jonathan M. (White Plains) <Jonathan.Kozak@jacksonlewis.com>
>>> **Cc:** Robert Ottinger <robert@ottingerlaw.com>; Schindel, Miriam R. (White Plains) <Miriam.Schindel@jacksonlewis.com>; Taimur ("Tim") Alamgir <taimur@leelitigation.com>; cklee@leelitigation.com; Burker, Isaac J. (White Plains) <Isaac.Burker@jacksonlewis.com>
>>> **Subject:** Re: Buchanan
>>>
>>> All:
>>>
>>> The following complies with Magistrate Gold's Individual Rules for requesting an adjournment.  Please confirm your agreement, or please circulate any proposed changes.  Thank you.
>>>
>>> ***
>>> Dear Judge Gold:

The Ottinger Firm, P.C. respectfully submits the following request for an adjournment of the upcoming June 26, 2019, telephonic conference on behalf of all parties in the above captioned action.

1.  The original date of the upcoming telephone conference is June 26, 2019, at 10:00 a.m.  *See* ECF Dkt. Text Order, June 18, 2019;

2.  This is the first request for an adjournment of the upcoming teleconference;

3.  All parties consent to this request;

4.  On June 20, 2019, the parties jointly requested Hon. Frederic Block grant an additional week to "submit a joint proposed notice," in this action (*i.e.*, until June 28, 2019).  *See* ECF Dkt. No. 81.

5.  The parties respectfully suggest **July 9, 2019**, as an adjournment date; and

6.  The requested adjournment will not affect any other scheduled dates.


On Jun 20, 2019, at 5:15 PM, Kozak, Jonathan M. (White Plains) <Jonathan.Kozak@jacksonlewis.com> wrote:

Robert/Benjamin,
I do not believe this is necessarily a substantive change, but please confirm you are still in agreement.  Thank you.


**Jonathan M. Kozak**
Attorney at Law
**Jackson Lewis P.C.**
44 South Broadway
14th Floor
White Plains, NY 10601
Direct: (914) 872-6885 I Main: (914) 872-8060
Jonathan.Kozak@jacksonlewis.com I www.jacksonlewis.com
*Winner, ILTA's Innovative Law Firm of the Year*

**From:** Taimur Alamgir <taimur@leelitigation.com>
**Sent:** Thursday, June 20, 2019 5:06 PM
**To:** Kozak, Jonathan M. (White Plains) <Jonathan.Kozak@jacksonlewis.com>; benjamin@ottingerlaw.com; Robert Ottinger <robert@ottingerlaw.com>; CK Lee <cklee@leelitigation.com>
**Cc:** Schindel, Miriam R. (White Plains) <Miriam.Schindel@jacksonlewis.com>; Burker, Isaac J. (White Plains) <Isaac.Burker@jacksonlewis.com>
**Subject:** Re: Buchanan

We propose to revise the letter as follows:

Dear Judge Block:

We represent Defendants Pay-O-Matic Check Cashing Corp. and The Pay-O-Matic Corp. ("Defendants").  This letter is submitted jointly on behalf of all parties.

By Order following the conference on May 24, 2019, the Court directed the parties to file by June 21, 2019 a joint proposed collective action notice for the court's review.  The parties jointly and respectfully request that the deadline for the parties to submit a joint proposed notice be extended by one week until June 28, 2019.

Thank you for your consideration.


Taimur Alamgir, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Email: taimur@leelitigation.com
Phone: (212) 465-1124
Fax: (212) 465-1181

*Please note our new address.*


**From:** Kozak, Jonathan M. (White Plains) <Jonathan.Kozak@jacksonlewis.com>
**Sent:** Thursday, June 20, 2019 3:36 PM
**To:** benjamin@ottingerlaw.com; Robert Ottinger; CK Lee; Taimur Alamgir
**Cc:** Schindel, Miriam R. (White Plains); Burker, Isaac J. (White Plains)
**Subject:** Buchanan

The following is proposed text for a letter to Judge Block this afternoon:

Dear Judge Block:

We represent Defendants Pay-O-Matic Check Cashing Corp. and The Pay-O-Matic Corp. ("Defendants").  This letter is submitted jointly on behalf of all parties.

By Order following the conference on May 24, 2019, the Court directed the parties to file by June 21, 2019 a joint proposed collective action notice for the court's review, with any areas of disagreement highlighted.  The parties jointly and respectfully request that the deadline for the parties to submit a joint proposed notice, with

disagreements highlighted for the court's review, be extended by one week until June 28, 2019.

Thank you for your consideration.

Please confirm agreement.  Thank you.

**Jonathan M. Kozak**
Attorney at Law
**Jackson Lewis P.C.**
44 South Broadway
14th Floor
White Plains, NY 10601
Direct: (914) 872-6885 I Main: (914) 872-8060
Jonathan.Kozak@jacksonlewis.com I www.jacksonlewis.com
*Winner, ILTA's Innovative Law Firm of the Year*

Best,

--
---
Benjamin D. Weisenberg
The Ottinger Firm, P.C.
450 Lexington Ave. - 4th Floor
New York, NY 10017
+ 212 571 2000 Main
+ 212 571 0505 Fax
+ 917 747 5303 Cell
www.ottingerlaw.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments. Thank you.

Best,

--
---
Benjamin D. Weisenberg
The Ottinger Firm, P.C.
450 Lexington Ave. - 4th Floor
New York, NY 10017
+ 212 571 2000 Main
+ 212 571 0505 Fax
+ 917 747 5303 Cell
www.ottingerlaw.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments. Thank you.

Best,

--
---
Benjamin D. Weisenberg
The Ottinger Firm, P.C.
450 Lexington Ave. - 4th Floor
New York, NY 10017
+ 212 571 2000 Main
+ 212 571 0505 Fax
+ 917 747 5303 Cell
www.ottingerlaw.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments. Thank you.