UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DAVID BUCHANAN, *et al.*
*on behalf of themselves, FLSA Collective Plaintiffs,
and Class Members,*

               **Plaintiffs,**

               -against-               **Case No.** 18-CV-885 (FB) (SMG)

PAY-O-MATIC CHECK CASHING CORP., *et al.*,

               **Defendants.**

---

**PLEASE TAKE NOTICE** that upon the accompanying Affidavit, Taimur Alamgir, Esq. seeks an Order pursuant to Local Civil Rule 1.4, granting him leave to withdraw as attorney of record for Plaintiffs in the above-referenced matter.

| | |
|---|---|
| Dated: New York, New York | Respectfully submitted, |
| October 14, 2019    By: | */s/ Taimur Alamgir* |
| | Taimur Alamgir, Esq. (TA 9007) |

# AFFIDAVIT OF TAIMUR ALAMGIR IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFFS

I, Taimur Alamgir, under penalty of perjury, hereby affirm as follows:

(1) I am an attorney licensed to practice before this Court. I am presently listed as one of the attorneys of record for Plaintiffs in this matter.

(2) This affidavit is respectfully submitted in support of my motion pursuant to Local Civil Rule 1.4 for an Order granting me leave to withdraw as attorney of record for Plaintiffs.

(3) My representation of Plaintiffs in this case arose from my association with Lee Litigation Group, PLLC ("LLG"), Plaintiffs' law firm.

(4) Due to the conclusion of my employment with LLG, and my forthcoming transition to another law firm, I will not be prosecuting this matter on Plaintiffs' behalf going forward.

(5) Accordingly, I respectfully request leave to withdraw my appearance. I am not asserting a retaining or charging lien.

(6) Plaintiffs will continue to be represented in these proceedings by LLG.

Dated: New York, New York　　　　　　　　　Respectfully submitted,

October 14, 2019　　　　　By:　*/s/ Taimur Alamgir*

　　　　　　　　　　　　　　　　　　　Taimur Alamgir, Esq. (TA 9007)