

Representing Management Exclusively in Workplace Law and Related Litigation

**Jackson Lewis P.C.**
**44 South Broadway**
**14th Floor**
**White Plains NY 10601**
**Tel 914 872-8060**
**Fax 914 946-1216**
**www.jacksonlewis.com**

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HONOLULU, HI | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON DC REGION |
| DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

March 26, 2020

***VIA ECF***
Honorable Steven M. Gold
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Buchanan et al. v. Pay-O-Matic Check Cashing
              Corp., et al., Case No. 18-CV-00885(FB)(SMG)

Dear Magistrate Judge Gold:

      We represent Defendants in the above-referenced matter.

      The parties are presently scheduled to participate in a telephone conference with Your Honor on March 27, 2020, at 11am, to address Defendants' motion for a protective order concerning intervenor Plaintiff Luyando's request for class/collective discovery. On March 25, 2020, Judge Block issued a Memorandum and Order (Doc. No. 107) permitting class settlement discussions to be completed, and staying issuance of class [collective] notice for at least 30 days, until April 25, 2020. In light of Judge Block's Memorandum and Order, Defendants respectfully request that the March 27, 2020 teleconference be adjourned, to be rescheduled if necessary in the event class settlement is not achieved and upon the expiration of the stay.

      Counsel for Plaintiffs Buchanan, Figueroa and Jones, and counsel for Intervenor Plaintiff Luyando both consent to this request.

      We thank you for your attention to this matter.

              Respectfully submitted,

              JACKSON LEWIS P.C.

              Jonathan M. Kozak

cc:    Counsel of Record (via ECF)

4833-3909-8808, v. 1