# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct: 212-661-1008
anne@leelitigation.com

April 24, 2020

**Via ECF**
The Honorable Frederic Block, U.S.D.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Buchanan, et al. v. Pay-O-Matic Check Cashing Corp., et al.*
Case No. 18 CV 885 (FB) (SMG)

Dear Judge Block:

We are counsel to Plaintiff and write, jointly with counsel to Defendants. Pursuant to the Court's Order dated March 25, 2020 at Dkt. 107, we write to provide the Court with an update on settlement discussions, and to request an additional stay of the mailing of conditional collective certification notice.

The parties are pleased to report that we have negotiated and finalized a class settlement agreement, which is currently out for signature. We expect the agreement to be executed shortly and intend to file our motion for preliminary approval of the class settlement by May 15, 2020. In view of the foregoing, the parties respectfully request a continuation of the stay of the mailing of conditional collective certification notice while the motion is finalized and filed.

We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc: All counsel via ECF