# Lee Litigation Group, PLLC
### 148 West 24th Street, Eighth Floor
### New York, NY 10011
### Tel: 212-465-1180
### Fax: 212-465-1181
### info@leelitigation.com

WRITER'S DIRECT: 212-661-1008
anne@leelitigation.com

May 21, 2020

**<u>Via ECF</u>**
The Honorable Steven M. Gold, U.S.M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Buchanan, et al. v. Pay-O-Matic Check Cashing Corp., et al.*
<u>Case No. 18 CV 885 (FB) (SMG)</u>

Dear Judge Gold:

We are counsel to Plaintiffs and write to respectfully request a one week extension (from May 22, 2020 to May 29, 2020) for Plaintiffs to produce all discovery received from Defendants to counsel for Luyando, pursuant to Your Honor's Order dated May 18, 2020 (Dkt. 115).

The reason for the brief extension request is that we are having difficulty accessing and uploading the voluminous files to a shared drive remotely. As such, we will need to arrange for a tech support staff person to physically go to our (closed) office next week to access the server directly, in order to successfully complete the upload for sharing of the files.

We thank the Court for its kind consideration. This is the first request for extension.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc: All counsel via ECF