# LEE LITIGATION GROUP, PLLC
### 148 WEST 24TH STREET, EIGHTH FLOOR
### NEW YORK, NY 10011
### TEL: 212-465-1180
### FAX: 212-465-1181
### INFO@LEELITIGATION.COM

WRITER'S DIRECT:     212-465-1188
                     cklee@leelitigation.com

June 2, 2020

**Via ECF**

The Honorable Steven M. Gold, U.S.M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

            Re:     *Buchanan, et al. v. Pay-O-Matic Check Cashing Corp., et al.*
                    <u>Case No. 18 CV 885 (FB) (SMG)</u>

Dear Judge Gold:

        I apologize for not writing earlier. June 1, 2020, was my child's birthday and I had taken the day off to bake him a cake and celebrate his birthday.

        In response to Mr. Dusenbery's letter, we satisfied the Court's order on May 29, 2020, and the proof of delivery is attached herewith. We did not receive any email bounce-back. It would be helpful in the future if Mr. Dusenbury gave more than 2 hours notice before running to the Court to resolve non-existing conflicts.


Respectfully submitted,

<u>*/s/ C.K. Lee*</u>
C.K Lee, Esq.

cc:     All counsel via ECF