

Representing Management Exclusively in Workplace Law and Related Litigation

| | | | |
|---|---|---|---|
| **Jackson Lewis P.C.** | ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
| **44 South Broadway** | ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| **14th Floor** | ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| **White Plains NY 10601** | AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| **Tel 914 872-8060** | BALTIMORE, MD | HONOLULU, HI | NEW YORK, NY | SALT LAKE CITY, UT |
| **Fax 914 946-1216** | BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| **www.jacksonlewis.com** | BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| | BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| | CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| | CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| | CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| | CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| | DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON DC REGION |
| | DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| | DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

June 8, 2020

*VIA ECF*
Honorable Steven M. Gold
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Buchanan et al. v. Pay-O-Matic Check Cashing Corp., et al., Case No. 18-CV-00885(FB)(SMG)

Dear Magistrate Judge Gold:

      As contemplated in Your Honor's May 15, 2020 Civil Minute Entry in the above-referenced case, enclosed please find the Parties' executed Stipulation And (Proposed) Order For The Protection And Exchange Of Confidential Information And Documents to be So-Ordered.

      Respectfully submitted,

      JACKSON LEWIS P.C.

      Jonathan M. Kozak