# Lee Litigation Group, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

July 9, 2020

**Via ECF**
The Honorable Steven M. Gold, U.S.M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Buchanan, et al. v. Pay-O-Matic Check Cashing Corp., et al.*
Case No. 18 CV 885 (FB) (SMG)

Dear Judge Gold:

I am counsel to Plaintiffs and the prospective class. I write on behalf of all parties, including Defendants and the Intervenor.

The parties are discussing a resolution that will resolve the Intervenor's objection to the contemplated class settlement. As such, the parties request that the Intervenor's objection to the class settlement, currently due tomorrow, July 10, 2020, be extended until July 17, 2020.

Respectfully submitted,

*/s/ C.K. Lee*
C.K Lee, Esq.

cc:   All counsel via ECF