# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

August 24, 2020

**VIA ECF**
Honorable Steven M. Gold
U.S. Magistrate Judge
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** **Buchanan et al. v. Pay-O-Matic Check Cashing Corp., et al.,**
**Case No. 18-CV-00885(FB)(SMG)**

Dear Magistrate Judge Gold:

We represent Defendants in the above-referenced matter.  This letter is respectfully submitted on consent of the parties to request a one-week extension of the deadline for the submission of supplemental information in support of the motion for preliminary approval from August 27, 2020 until September 3, 2020.

The reason for this request is to allow Defendants and Intervenor Luyando to further consider the possibility of alternatives to the Parties' Addendum to Settlement Agreement and Release of April 24, 2020 (Doc. No. 130-1).  In addition, Defendants require additional time to prepare a supplemental submission (to be filed under seal) regarding its confidential financial position.

Extending this deadline will not affect any other scheduled deadlines in this matter.  This is the first request to extend this deadline.

We thank the Court for its consideration.

Respectfully submitted,

Jonathan M. Kozak
914-872-6885
jonathan.kozak@jacksonlewis.com
Jackson Lewis P.C.

cc:     Counsel of Record (via ECF)