# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

Writer's Direct: (212) 661-1008
anne@leelitigation.com

**VIA ECF**

April 22, 2021

The Honorable Frederic Block, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Buchanan v. Pay-o-matic Check Cashing Corp., et al.*
No. 18-cv-0885

Dear Judge Block:

We are counsel to Plaintiff in the above-referenced matter and write to respectfully request the removal of the Opt Out form filed at Dkt. 143, which contains unredacted information. A corrected, redacted version of the Opt Out form was submitted at Dkt. 145.

Respectfully submitted,

*/s/ Anne Seelig*


cc: all parties via ECF