IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID BUCHANAN, EVA FIGUEROA, and JAVON JONES, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*<br><br>Plaintiffs,<br><br>v.<br><br>PAY-O-MATIC CHECK CASHING CORP. and THE PAY-O-MATIC CORP.,<br>Defendants. | Case No.: 18-cv-885<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, ADMINISTRATION FEES AND REIMBURSEMENT OF EXPENSES** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representative Service Awards, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order: (1) awarding Class Counsel $400,000 in attorneys' fees, which is approximately one-third of the Settlement Fund established by Defendants, net of costs and expenses, plus reimbursement of costs in the amount of $3,583.00, to be paid from the Settlement Fund; and (2) awarding RUST Consulting, as Settlement Administrator, administration fees of $49,578.00 to be paid from the Settlement Fund.

Dated: <u>May 28, 2021</u>                                   Respectfully submitted,

                                         **LEE LITIGATION GROUP, PLLC**

                              By:     */s/ C.K. Lee*
                                     C.K. Lee, Esq.
                                     Anne Seelig, Esq.
                                     148 West 24th Street, Eighth Floor

New York, NY 10011
Tel.: 212-465-1188
*Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*